IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAURENCE SCHWARTZ,

     Appellant,

v.

FEDERAL           NATIONAL
MORTGAGE     ASSOCIATION
AND VIVIAN SCHWARTZ,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0946

_____/

Opinion filed January 5, 2017.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

N. Albert Bacharach, Jr., Gainesville, for Appellant.

Sandra A. Little, Roy A. Diaz, and Adam A Diaz of SHD Legal Group, P.A., Fort Lauderdale, for Appellee Federal National Mortgage Association.

No appearance for Appellee Vivian Schwartz.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.